IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-0131-WDM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$118,063.36 IN UNITED STATES CURRENCY SEIZED FROM TCF BANK,

    Defendant.

---

**AMENDED ORDER FOR WARRANT FOR
ARREST OF PROPERTY *IN REM***

---

    Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Amended Verified Complaint filed herein that the Court has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Amended Verified Complaint, that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that an Amended Warrant for Arrest of the defendant property should enter.

    IT IS THEREFORE ORDERED AND DECREED that an Amended Warrant for Arrest of Property *In Rem* for the defendant property shall issue as prayed for and that the United States Secret Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant property as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

    THAT the United States Secret Service and/or any other duly authorized law enforcement officer shall promptly return the Amended Warrant to the Court: and

THAT the United States Secret Service shall GIVE DUE NOTICE BY PUBLICATION one time per week for three consecutive weeks in a newspaper of general circulation in the Denver, Colorado area, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days of the last date of publication of notice, and shall serve and file their Answers to the Amended Verified Complaint within twenty (20) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado 80202.

DONE at Denver, Colorado, this 12th day of March, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE